UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

Oakland Division

JOSE A. JARA,                                        No. C 11-00419 LB

                Plaintiff,      **ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM**

   v.

AURORA LOAN SERVICES, *et al.*,

                Defendants.

_____/

    This civil case was randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

    The parties have not filed written consents to Judge Beeler's jurisdiction.  The parties also have the right to have their case assigned to a United States District Judge for trial and disposition.  Accordingly, the parties shall inform the court whether they consent to Judge Beeler's jurisdiction or request reassignment to a United States District Judge.  Each party shall file either a consent or declination form attached to this Order by <u>February 11, 2011</u>.

    **IT IS SO ORDERED.**

Dated: February 4, 2011

                              _____
                              LAUREL BEELER
                              United States Magistrate Judge

1
2
3
4
5
6
7
8

# UNITED STATES  DISTRICT COURT

9

## Northern District of California

10

Oakland Division

11   JOSE A. JARA,                                    No.  C 11-00419 LB

12              Plaintiff,                    **CONSENT TO PROCEED BEFORE A**
                                              **UNITED STATES MAGISTRATE JUDGE**
13       v.

14   AURORA LOAN SERVICES, *et al.*,

15              Defendants.
     _____/
16

17          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

18          In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby

19   consents to have a United States Magistrate Judge conduct any and all further proceedings in the

20   case, including trial and the entry of a final judgment.  Appeal from the judgment shall be taken

21   directly to the United States Court of Appeals for the Ninth Circuit.

22

23   Dated: _____            _____
                                              Signature
24
                                              Counsel for _____
25                                            (Plaintiff, Defendant or indicate "pro se")

26
27
28

C 11-00419 LB

**UNITED STATES DISTRICT COURT**
For the Northern District of California

1
2
3
4
5
6
7
8

**UNITED STATES  DISTRICT COURT**

9

Northern District of California

10

Oakland Division

11

JOSE A. JARA,                                         No.  C 11-00419 LB

12

        Plaintiff,                              **DECLINATION TO PROCEED BEFORE
A UNITED STATES MAGISTRATE**

13

  v.                                                   **JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED**

14

AURORA LOAN SERVICES, *et al.*,             **STATES DISTRICT JUDGE**

15

        Defendants.

16

_____/

17

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18

    The undersigned party declines to consent to the assignment of this case to a United States

19

Magistrate Judge and requests the reassignment of this case to a United States District Judge.

20
21

Dated: _____                    Signature_____

22

                                         Counsel for _____

23

                                         (Plaintiff, Defendant, or indicate "pro se")

24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 11-00419 LB