**AKERMAN SENTERFITT LLP**
JUSTIN D. BALSER (CA SBN 213478)
Email: justin.balser@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

**AKERMAN SENTERFITT LLP**
JUSTIN D. BALSER (CA SBN 213478)
Email: justin.balser@akerman.com
511 Sixteenth Street, Suite 420
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

Attorneys for Defendants
AURORA LOAN SERVICES LLC and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| JOSE ANTONIO JARA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, a Delaware corporation, CALIFORNIA WESTERN RECONVEYANCE CORPORATION, a corporation, DOES 1 to 15, et al.,<br><br>　　　　　Defendants. | Case No. C 11-00419 LB<br>Assigned to the Honorable Laurel Beeler<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT REMOVED BY DEFENDANTS AURORA LOAN SERVICES LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.**<br><br>FAC Filed:　　　　November 23, 2010<br>Complaint Filed:　November 10, 2010<br>Trial Date:　　　　None |

**TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Plaintiff Jose Antonio Jara (**plaintiff**) and defendants Aurora Loan Services LLC (**Aurora**) and Mortgage Electronic Registration Systems, Inc. (**MERS**) (collectively **defendants**) hereby stipulate as follows:

1    **WHEREAS**, defendants removed this case from the Superior Court of California in and for
2    the County of San Mateo on January 27, 2011;

3    **WHEREAS**, defendants' answer or responsive pleading to the First Amended Complaint
4    (**FAC**) is due February 4, 2011;

5    **WHEREAS**, plaintiff intends to file a motion for remand;

6    **WHEREAS**, defendants believe this case was properly removed, and reserve the right to file
7    an opposition to plaintiff's motion for remand;

8    **WHEREAS**, the parties agree that efficiency will be best served if responses to the FAC are
9    filed after the Court rules on plaintiff's motion for remand;

10   **WHEREAS**, the parties agree defendants shall file an answer or other responsive pleading to
11   the FAC no later than 20 days after this Court enters an order adjudicating the motion for remand;

12   **WHEREAS**, should plaintiff not file a motion to remand within the time frame proscribed
13   under Federal Rules, defendants shall have 20 days from the last day upon which a motion to remand
14   could be filed to answer or otherwise respond to the FAC;

15   **NOW THEREFORE**, the parties hereby stipulate and agree to all matters stated herein.
16   **IT IS SO STIPULATED**.

17   Dated: February 4, 2011                     Respectfully submitted,

18                                               **AKERMAN SENTERFITT LLP**

20                                               By: /s/ Justin D. Balser
                                                     Justin D. Balser
21                                               Attorneys for Defendants
                                                 AURORA LOAN SERVICES LLC and
22                                               MORTGAGE ELECTRONIC REGISTRATION
                                                 SYSTEMS, INC.

24   Dated: February 4, 2011                     **MOSS & MURPHY**

25                                               By: /s/ Glen L. Moss
26                                                   Glen L. Moss
                                                 Attorney for Plaintiff
27                                               JOSE ANTONIO JARA
                                                 *e-signature approved on February 4, 2011

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

## ORDER

For good cause appearing, the parties' stipulation is approved. Defendants Aurora Loan Services and Mortgage Electronic Registration Systems Inc. shall file a response to the plaintiffs' first amended complaint no later than twenty (20) days after the Court issues an order on plaintiff's motion to remand, should such a motion be filed. Should plaintiff not file a motion to remand, defendants' responsive pleading shall be filed no later than twenty (20) days from the expiration of time for plaintiff to have file a motion to remand.

Dated: February 7, 2011



Hon. Laurel Beeler
United States District Court Judge

Judge Laurel Beeler