Glenn L. Moss (State Bar No. 44307)
Ann Murphy (State Bar No. 66947)
MOSS and MURPHY
1297 B Street
Hayward, CA 94541

Tel 510-583-1155
Fax 510-583-1299

Law Office of Patricia Turnage (sbn 127873)
1260 B Street
Hayward, CA 94541

Tel: 510-727-6752
Fax: 510-727-6751

Attorneys for defendant
JOSE ANTONIO JARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE ANTONIO JARA,

    Plaintiff

vs

AURORA LOAN SERVICES, LLC
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS,
a Delaware corporation,
CALIFORNIA WESTERN
RECONVEYANCE CORPORATION,
a corporation, DOES 1 TO 15

    Defendants

CASE NO. 011-419 LB

STIPULATION AND
ORDER CONTINUING MOTION
TO REMAND CAUSE TO
CALIFORNIA SUPERIOR COURT

NEW DATE: June 2, 2011
TIME:  11:00 A.M.
COURT: Laurel Beeler
       #4, Oakland

ATTORNEYS AT LAW
1297 B STREET
HAYWARD, CALIFORNIA 94541
(510) 583-1155

-1-

**IT IS HEREBY STIPULATED BETWEEN COUNSEL:**

The Motion to Remand cause to California Superior Court for San Mateo County shall be continued to JUNE 2, 2011 IN THE COURTROOM OF THE HONORABLE JUDGE LAUREL BEELER at 1301 CLAY STREET #400 SOUTH, OAKLAND CALIFORNIA. at 11:00 a.m.

APPROVED AS TO FORM AND CONTENT

MOSS & MURPHY                           AKERMAN SENTERFITT, LLP

By _____            By _____
Glen L. Moss                            Victoria Edwards

**ORDER**

The above stipulation is approved.

Date: March 23, 2011

x/jara.stp

_____
Laurel Beeler, Magistrate Judge



IT IS SO ORDERED
Judge Laurel Beeler

MOSS & MURPHY
ATTORNEYS AT LAW
1297 B STREET
HAYWARD, CALIFORNIA 94541
(510) 583-1156

-2-