AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

JOSE ANTONIO JARA,

Plaintiff,

v.

AURORA LOAN SERVICES, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, a Delaware corporation, CALIFORNIA WESTERN RECONVEYANCE CORPORATION, a corporation, DOES 1 to 15, et al.,

Defendants.

Case No. C 11-00419 LB
Assigned to the Hon. Laurel Beeler

**~~[PROPOSED]~~ ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE**

Hearing Date:
Date: June 2, 2011
Time: 11:00 a.m.
Ctrm: 4, 3rd Floor

FAC Filed: November 23, 2010
Complaint Filed: November 10, 2010
Trial Date: None

The Court, having considered defendants Aurora Loan Services LLC's (**Aurora**) and Mortgage Electronic Registration Systems, Inc.'s (**MERS**) (collectively, **Defendants**) request to allow a telephonic appearance by counsel, hereby GRANTS the request and ORDERS that:

1. Counsel for Defendants, Preston K. Ascherin, may appear telephonically at the motion for remand hearing calendared for June 2, 2011 at 11:00 a.m.

2. The Court will initiate the call by contacting Mr. Ascherin directly at 213-533-5902. Mr. Ascherin shall be available from 11:00 a.m. until 1:00 p.m. to receive the Court's call.

IT IS SO ORDERED.

Date: May 27, 2011

HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Laurel Beeler

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342