UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JOSE A. JARA, | No. C 11-00419 LB |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW** |
| v. | |
| AURORA LOAN SERVICES, et al., | |
| Defendants. | |

Presently, plaintiff Jose Jara is represented by two attorneys: Glenn Moss and Patricia Turnage. On October 31, 2011, Mr. Moss filed a motion to withdraw as Mr. Jara's counsel. Motion, ECF No. 52.[1] In his motion and accompanying declaration, he states that he and Ms. Turnage developed "unhappy differences." *Id*. at 3. He also states that Mr. Jara is unable to continue paying for two attorneys. *Id*. For these reasons, Mr. Moss seeks to withdraw, leaving only Ms. Turnage as Mr. Jara's attorney. *Id*. Mr. Moss states that he notified Mr. Jara and Ms. Moss of his intention to do so, and neither has voiced any opposition, whether formally or informally. *Id*. at 3-4.

Under Civil Local Rule 11-5(a), "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Based on Mr. Moss's motion and declaration, the court finds good cause to allow Mr. Moss to withdraw. It also finds that Mr. Jara, Ms. Turnage, and

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-00419 LB

Defendants have had a reasonable time to oppose Mr. Moss's motion, but they have not done so.

Mr. Moss's motion is GRANTED.

This disposes of ECF No. 52.

**IT IS SO ORDERED.**

Dated: November 7, 2011

_____
LAUREL BEELER
United States Magistrate Judge

United States District Court
For the Northern District of California