UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JOSE A. JARA,<br><br>             Plaintiff(s),<br>   v.<br><br>AURORA LOAN SERVICES,<br><br>             Defendant(s).<br>_____/ | No. C 11-00419 LB<br><br>**ORDER VACATING NOVEMBER 8, 2011 ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW**<br><br>**[Re: ECF No. 54]** |

On October 31, 2011, Plaintiff's counsel, Glenn Moss, filed a motion to withdraw as Mr. Jara's counsel. Motion, ECF No. 52.[1] The motion is noticed for hearing on December 15, 2011. Amended Notice of Motion, ECF No. 53. Any opposition brief is due by November 14, 2011, and any reply brief is due by November 21, 2011.

On November 7, 2011, the court prematurely issued an order granting Mr. Moss's motion. November 7 Order, ECF No. 54. Because the time for opposition and reply briefs had yet passed, the court VACATES its November 7 Order. The parties may file opposition and reply briefs according to the deadlines set forth above.

///

///

///

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-00419 LB

**IT IS SO ORDERED.**

Dated: November 8, 2011

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California