UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

JOSE A. JARA,

          Plaintiff,

   v.

AURORA LOAN SERVICES, LLC, et al.

          Defendant.

_____/

No. C 11-00419 LB

**ORDER REGARDING STATUS OF CALIFORNIA WESTERN RECONVEYANCE CORPORATION**

[Re: ECF No. 72]

On December 14, 2011, the court granted Defendants' motions to dismiss Plaintiff's Third Amended Complaint.  Order, ECF No. 68.[1]  The court dismissed Plaintiff's claim under the Fair Debt Collection Practices Act against Defendant California Western Reconveyance Corporation ("Cal Western").  *Id*. at 5-9.

Plaintiff filed a Fourth Amended Complaint on January 20, 2012.  Fourth AC, ECF No. 72.  The Fourth Amended Complaint, while listing Cal Western as a defendant in the caption, did not describe Cal Western as a party or actually contain any claims against Cal Western anywhere else. *See* Fourth AC, ECF No. 72 at 2-3, ¶¶ 2-4 (describing only Aurora Loan Services, LLC ("Aurora") and Mortgage Electronic Registration Systems, Inc. ("MERS") as "defendants"); 5-6, ¶¶ 10-12 (first cause of action brought against Aurora); 6-9, ¶¶ 13-18 (second cause of action brought against Aurora); 9-10, ¶¶ 19-23 (third cause of action brought against Aurora and MERS); 10-11, ¶¶ 24-29

_____

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

(fourth cause of action brought against Aurora); 11-12, ¶¶ 30-31 (fifth cause of action brought against Aurora).

Because the court previously dismissed Plaintiff's claim against Cal Western in the Third Amended Complaint, and because Plaintiff failed to bring any claims against Cal Western in his Fourth Amended Complaint, the Clerk of the Court is instructed to terminate Cal Western as a defendant in this case.

**IT IS SO ORDERED.**

Dated: March 7, 2012

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C 11-00419 LB

2